UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WAFA M. OMRAN,

                        Plaintiff,

                                                                     22-cv-10661 (PKC)

      -against-                                                    ORDER

MERRICK B. GARLAND, et al.,

                        Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       Plaintiff's unopposed motion to voluntarily dismiss her complaint as moot is GRANTED. The Clerk is directed to terminate the motion (ECF 9) and close the case.

       SO ORDERED.

                                                              P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
          April 2, 2024